UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHNNY BOWERS, on behalf of himself and all similarly situated individuals<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED DISPOSAL SERVICES JACKSON, LLC<br><br>Defendant. | Civil Action No. 1:12-cv-0581-JEC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff Johnny Bowers and Defendant Advanced Disposal Services Jackson, LLC, by and through their counsel and pursuant to Fed. R. Civ. P. 41, and hereby jointly stipulate to the dismissal **with prejudice** by Plaintiff of all claims asserted against Defendant Advanced Disposal Services Jackson, LLC. A proposed Order is attached for the Court's convenience.

Respectfully submitted this 31st day of August 2012.

/s Megan Kreitner Ouzts
Megan Kreitner Ouzts, Esq.
GA Bar No. 142654
Robert G. Brazier, Esq.
GA Bar No. 78938
*for* BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC
Suite 1600, Monarch Plaza

3414 Peachtree Rd. NE
Atlanta, Georgia 30326
Ph: (678) 406-8736
Fax: (678) 406-8836
Email:      mouzts@bakerdonelson.com
            rbraizer@bakerdonelson.com

*Counsel for Defendant*

**Consented to by:**

s/ Amanda Farahany w/e/p
Amanda A. Farahany, Esq.
Georgia Bar No. 646135
Ben Barrett, Esq.
Georgia Bar No. 039586
Benjamin Stark, Esq.
Georgia Bar No. 601867
Barrett & Farahany, LLP
110 Peachtree Street, NE
Suite 500
Atlanta, Georgia  30309
Ph:  (404) 214-0120
Fax:  (404) 214-0125

*Counsel for Plaintiff*

## Certificate of Compliance with Rule 5.1C

　　　Undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(c) and 7.1(D).

**August 31, 2012**                     **/s Megan K. Ouzts**
**DATE**                                **Counsel for Defendant**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHNNY BOWERS, on behalf of himself and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED DISPOSAL SERVICES JACKSON, LLC<br><br>Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 1:12-cv-0581-JEC<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date filed the parties' **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** via the Court's ECF system, which will automatically send notification to the following attorneys of record:

Amanda A. Farahany, Esq.
Ben Barrett, Esq.
Benjamin Stark, Esq.
Barrett & Farahany, LLP
110 Peachtree Street, NE / Suite 500
Atlanta, Georgia  30309
Ph: (404) 214-0120
Fax: (404) 214-0125

| | |
|---|---|
| **August 31, 2012**<br>**DATE** | **s/ Megan K. Ouzts**<br>**Attorney for Defendant** |